```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 39477
   JAMAL J MAYFIELD
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5935

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/22/2004 and was confirmed 12/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 11/25/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV SECURED          11000.00        1386.98       11000.00
AMERICREDIT FINANCIAL SV UNSECURED         3479.29            .00         347.93
ALLEN DANIEL ASSOCIATES  UNSECURED        NOT FILED           .00            .00
AMERICREDIT              UNSECURED        NOT FILED           .00            .00
BETH ISRAEL DEACONESS ME UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING  UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING  UNSECURED          450.00            .00          45.00
CONSUMER SERVICE DEPT    UNSECURED        NOT FILED           .00            .00
CREDIT PROTECTION ASSOCI UNSECURED        NOT FILED           .00            .00
DIRECT LOAN SERVICING CE UNSECURED        NOT FILED           .00            .00
RUI CREDIT SERVICES      UNSECURED        NOT FILED           .00            .00
AT & T BANKRUPCTY        UNSECURED        NOT FILED           .00            .00
SHAW UNIVERSITY          UNSECURED        NOT FILED           .00            .00
COMMONWEALTH OF MASSACHU PRIORITY           125.00            .00         125.00
US DEPT OF EDUCATION     UNSECURED          220.48            .00          22.05
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                          813.74
DEBTOR REFUND            REFUND                                           268.80

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             14,009.50

PRIORITY                                         125.00
SECURED                                       11,000.00
   INTEREST                                    1,386.98
UNSECURED                                        414.98
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             813.74
DEBTOR REFUND                                    268.80

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 39477 JAMAL J MAYFIELD
```

```
                                ---------------        ---------------
TOTALS                             14,009.50              14,009.50
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```